IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

REBECCA STOLK,                              )
                                            )
                    Plaintiff,              )         Civil Case No. 08-27-KI
                                            )
          vs.                               )              ORDER
                                            )
MULTNOMAH COUNTY SHERIFF                    )
BERNIE GIUSTO; SHERIFF'S DEPUTY             )
DOES 1-10; MULTNOMAH COUNTY                 )
COMMISSIONERS; MULTNOMAH                    )
COUNTY HEALTH DEPARTMENT                    )
EMPLOYEES C. REVES FNP, D.                  )
PLANERT RN, R. KELLER OAII, K.              )
McCURTAIN RN, C. FIKE RN, A. JONES          )
-COOPER OAII, P. WATNE RN, S.               )
RIVERMAN CHN, D. GARRISON RN,               )
R. McPHERSON RN, V. SANFORD RN,             )
DR. JAMES BANE M.D., C. WALTER              )
RN, J. SINCLAIR RN, M. SILVA RN, J.         )
ARMSTRONG RN, J. CEREZO RN, N.              )
ASHTON RN, J.J. McCLURE RN, P.              )
GAYMAN RN, J. FULLER RN, DR. T.             )
ENGSTROM M.D., DR. K. MARKS M.D.,           )
DR. O. ERSSON M.D., & MULTNOMAH             )
COUNTY HEALTH DEPARTMENT                    )

Page 1 - ORDER

DOES 1-10,                                          )
                                                    )
                    Defendants.                     )
_____              )

       Keith G. Jordan
       720 SW Washington Street, Suite 750
       Portland, Oregon  97205

              Attorney for Plaintiff

       Stephen Lewis Madkour
       Multnomah County Attorney
       501 SE Hawthorne, Suite 500
       Portland, Oregon  97214

              Attorney for Defendants

KING, Judge:

Plaintiff Rebecca Stolk, proceeding *pro se*, filed this action against Multnomah County and individuals employed at the County.  On July 24, 2009, the court issued an Order to Show Cause directing plaintiff to appear on August 14, 2009 at 3:00 PM to show cause why this case should not be dismissed for want of prosecution.  Plaintiff has failed to comply with the Order to Show Cause.

Accordingly, this case is dismissed without prejudice for want of prosecution.  No costs will be assessed to either party.

IT IS SO ORDERED.

DATED this ____17th____ day of August, 2009.

              _/s/ Garr M. King_____
              GARR M. KING
              United States District Judge

Page 2 - ORDER