IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| REBECCA STOLK, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 08-27-KI |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| MULTNOMAH COUNTY SHERIFF BERNIE GIUSTO; SHERIFF'S DEPUTY DOES 1-10; MULTNOMAH COUNTY COMMISSIONERS; MULTNOMAH COUNTY HEALTH DEPARTMENT EMPLOYEES C. REVES FNP, D. PLANERT RN, R. KELLER OAII, K. McCURTAIN RN, C. FIKE RN, A. JONES -COOPER OAII, P. WATNE RN, S. RIVERMAN CHN, D. GARRISON RN, R. McPHERSON RN, V. SANFORD RN, DR. JAMES BANE M.D., C. WALTER RN, J. SINCLAIR RN, M. SILVA RN, J. ARMSTRONG RN, J. CEREZO RN, N. ASHTON RN, J.J. McCLURE RN, P. GAYMAN RN, J. FULLER RN, DR. T. ENGSTROM M.D., DR. K. MARKS M.D., DR. O. ERSSON M.D., & MULTNOMAH COUNTY HEALTH DEPARTMENT | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

Page 1 - JUDGMENT

|   |   |
|---|---|
| DOES 1-10, | ) |
|  | ) |
|         Defendants. | ) |
|  | ) |

    Keith G. Jordan
    720 SW Washington Street, Suite 750
    Portland, Oregon 97205

        Attorney for Plaintiff

    Stephen Lewis Madkour
    Multnomah County Attorney
    501 SE Hawthorne, Suite 500
    Portland, Oregon 97214

        Attorney for Defendants

KING, Judge:

    Based on the record,

    IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

    Dated this    17th    day of August, 2009.

                                  /s/ Garr M. King
                                Garr M. King
                                United States District Judge